UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>M. SINGH, *et al.*,<br><br>  Defendants. | Case No.  2:25-cv-1353-JDP (P)<br><br>ORDER |

Plaintiff moves to amend his complaint. ECF No. 8. Since the court has not screened his initial complaint and no party has appeared, I will grant his motion and grant him thirty days to file an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend, ECF No. 8, is GRANTED; and

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:   June 4, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1