UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. SINGH, *et al.*,<br><br>　　　　Defendants. | Case No.  2:25-cv-1353-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 28, 32) |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 23, 2025, the magistrate judge filed findings and recommendations recommending Plaintiff's motion for a preliminary injunction and temporary restraining order, ECF No. 28, be denied.  ECF No. 32.  The findings and recommendations were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.  ECF No. 34.  However, Plaintiff does not meaningfully address the findings and recommendations, and in particular, the finding that Plaintiff has not shown a likelihood of success on the merits of his claims, as is required for preliminary injunctive relief.  Thus, Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 32, are adopted in full;

2. Plaintiff's motion for preliminary injunction and temporary restraining order, ECF No. 28, are DENIED; and

3. This matter is referred back to the magistrate judge for further proceedings.


IT IS SO ORDERED.

Dated:   **October 15, 2025**                             _____
                                                          Dena Coggins
                                                          United States District Judge