UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE CHEROKEE BROWN,

          Plaintiff,

     v.

M. SINGH, *et al.*,

          Defendants.

Case No.  2:25-cv-1353-DC-JDP (P)

ORDER

Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's request for a 90-day extension to file a response to the court's ADR order, ECF No. 38; (2) plaintiff's motion for the appointment of counsel, ECF No. 39; (3) plaintiff's motion for a 90-day extension of time for "further proceedings," ECF No. 40; (4) plaintiff's motion for an extension of time to pay the filing fee and motion for the appointment of counsel, ECF No. 41; (5) plaintiff's motion for the appointment of counsel and for a 120-day extension of time to pay the filing fee, ECF No. 42; (6) plaintiff's motion for a 90-day extension of time to retrieve legal property, ECF No. 47; and (7) plaintiff's motion for a 60-day extension of time to retrieve legal property, ECF No. 48.  Defendants filed a motion to opt of ADR.  ECF No. 44.  All of plaintiff's motions are denied, and the court will grant the motion to opt-out of ADR and issuing a discovery and scheduling order.

Plaintiff's requests for court appoint counsel are denied for the reasons articulated in the

1

October 2, 2025 order denying plaintiff's prior motions for the appointment of counsel. *See* ECF No. 33. Plaintiff's request for additional time to pay the filing fee are denied as the court previously granted plaintiff's application to proceed *in forma pauperis*, *see* ECF No. 14. Plaintiff's motions for additional time are denied since there are no pending deadlines. Finally, good cause appearing, defendants' motion to opt-out of ADR is granted, and a scheduling order will issue.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions, ECF Nos. 38, 39, 40, 41, 42, 47, & 48, are all DENIED.

2. Defendants' motion to opt-out of ADR, ECF No. 44, is GRANTED, and a scheduling order will issue.

IT IS SO ORDERED.

Dated:    January 15, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2