UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE CHEROKEE BROWN,

        Plaintiff,

    v.

M. SINGH, *et al.*,

        Defendants.

Case No.  2:25-cv-1353-DC-JDP (P)

ORDER

On April 23, 2026, I recommended that plaintiff's *in forma pauperis* status be revoked. ECF No. 69.  Those recommendations are still pending before the district judge.  The parties have filed several motions, however.  Defendants request clarification as to the deadline for responsive pleadings.  ECF No. 78.  Therein, they mistakenly state that the court has provided notice that plaintiff has paid the filing fee.  *Id.* at 1.  I have confirmed with the court financial office that an outstanding balance on the filing fee remains.  Therefore, I will deny defendants' request for clarification without prejudice to renewal after the issue of the filing fee is settled.

Plaintiff has also filed two requests for extension of time to continue litigations, ECF Nos. 80 & 84.  Both motions are denied without prejudice.  This action cannot proceed until the issue of the filing fee is settled.

1

Accordingly, it is ORDERED that defendants' request for clarification, ECF No. 78, and plaintiff's motions for extension of time, ECF Nos. 80 & 84, are DENIED without prejudice to renewal after the issue of the filing fee is settled.

IT IS SO ORDERED.


Dated:    June 30, 2026                          _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE

2