UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN, | Case No.  2:25-cv-1353-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| M. SINGH, *et al.*, | |
| Defendants. | |

On April 23, 2026, I recommended that plaintiff's *in forma pauperis* status be revoked. ECF No. 69.  Plaintiff has indicated that he has attempted to send funds to settle the filing fee, and on June 29, 2026, he filed a "request for status of filing fee," ECF No. 87.  After consulting with the court's financial office, it appears that, as of June 23, 2026, $250.88 of the $350.00 dollar filing fee has been paid.

Further, since my April 23, 2026 recommendations were issued, the parties have consented to my jurisdiction.  ECF No. 89.  My pending findings and recommendations at ECF No. 69 shall be amended to be the order of the court.

Accordingly, it is ORDERED that:

1.      Plaintiff's request for status, ECF No. 87, is GRANTED consistent with the foregoing information as to the outstanding balance.

1

2.      The findings and recommendations at ECF No. 69 are, in light of the consent by both parties to magistrate judge jurisdiction, amended to be the order of this court.

3.      Consistent with the court's April 23, 2026 order, plaintiff is ordered to submit the full filing fee within thirty days of this order's issuance.

IT IS SO ORDERED.


Dated:    July 8, 2026                                   _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE

2