UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE CHEROKEE BROWN,

Plaintiff,

v.

M. SINGH, *et al.*,

Defendants.

Case No. 2:25-cv-1353-JDP (P)

ORDER

Plaintiff's *in forma pauperis* status was revoked on July 8, 2026. ECF No. 90. I directed him to tender the balance of the filing fee within thirty days of that order. *Id.* On July 10, 2026, plaintiff filed a notice regarding his admission to a crisis bed and a request for a ninety-day extension of time to retrieve his legal property. ECF No. 91. The motion for extension of time is denied, because plaintiff does not indicate that he needs additional time to settle the issue of the filing fee. Rather, he appears to be laboring under the mistaken impression that the filing fee has already been settled. *Id.* at 2. This action cannot proceed until the filing fee is paid and, at this time, there are no other active deadlines. Plaintiff is advised that, as of the date of this order's entry, a balance of seventy-eight dollars remains on the filing fee.

Accordingly, it is ORDERED that plaintiff's motion for extension of time, ECF No. 91, is DENIED.

IT IS SO ORDERED.

Dated: July 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE