UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br>Plaintiff,<br>v.<br>M. SINGH, et al.,<br>Defendants. | Case No. 2:25-cv-1353-JDP (P)<br><br>ORDER |

I ordered plaintiff to submit the filing fee to continue with this case. ECF No. 69. Pending are five of his motions: a request for duplicate documents, ECF No. 94, a notice regarding mail tampering and request for the judge to contact the warden, ECF No. 97, a motion for a thirty-day extension to submit the balance of the filing fee, ECF No. 99, a motion for forty-five day extension of time to pay the balance of the filing fee, ECF No. 100, and a motion for a thirty day extension of time, ECF No. 101, to pay the filing fee. Plaintiff's motion for documents is granted. His other motions are denied.

Motion for Duplicate Documents

Plaintiff claims that documents mailed to him from this court on July 8, 2026, were not received. He does not specify what documents he is referencing, but, based on the docket, he appears to be referring to my order issued on that date, ECF No. 90. As a one-time courtesy, I will direct the Clerk of Court to resend him a copy of that filing with this order.

Request to Contact the Warden

Plaintiff claims that officials at High Desert State Prison are tampering with his mail and requests that I contact the warden of that facility to address the issue. ECF No. 97 at 1, 4. If plaintiff believes his mail is being tampered with, his remedy lies in filing another suit on that issue. I decline to contact the unit warden on his behalf as such intervention is neither feasible nor appropriate. This request is denied.

Motions for Extension of Time

Plaintiff has filed three motions for extensions of time to pay the balance of his filing fee. ECF Nos. 99, 100, & 101. In his most recent notice to the court, however, he indicates that a family member will tender a check for the remainder of the filing fee soon, and an extension of time is no longer necessary. ECF No. 103 at 1. Accordingly, these motions are denied as moot.

Accordingly, it is ORDERED that:

1. Plaintiff's motion for duplicate documents, ECF No. 94, is GRANTED and the Clerk of Court shall send him a copy of ECF No. 90 with this order.

2. Plaintiff's notice of mail tampering and request to contact warden, ECF No. 97, is DENIED.

3. Plaintiff's motions for extension of time, ECF Nos. 99, 100, & 101, are DENIED as moot.

IT IS SO ORDERED.

Dated: September 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE